UNITED STATES DISTRICT COURT                                         JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **ED CV 22-1037-JFW(SHKx)**                              Date:  October 12, 2022

Title:     Fernando Gastelum -v- Adir International, LLC

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                          None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING ACTION WITHOUT PREJUDICE

　　As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of September 7, 2022, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for October 24, 2022, is **VACATED**. See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

　　IT IS SO ORDERED.

Initials of Deputy Clerk  sr